# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH L. WEAVER, et al, | No. CV-04-3075-JLQ |
| PlaintiffS, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| NATIONAL ASSOCIATION OF STATE FORESTERS, WECKWORTH MFG., INC., CLEVELAND LAMINATING CORP., LAMOTITE, INC., REXAM, REXAM IMAGE PRODUCTS, INC., REXAM INDUSTRIES, CORP., REXAM PERFORMANCE PRODUCTS, INC., INTELICOAT TECHNOLOGIES, TERRY MANUFACTURING CO., E. D. BULLARD CO., AND UNDERWRITERS LABORATORIES, INC. | |
| Defendants. | |

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that the complaint and any amendment thereof and the claims therein against all Defendants be and the same are hereby dismissed with prejudice without costs to any party.

The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, forward copies to counsel, and close this file.

**DATED** this 7th day of March 2006.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1